435 A.2d 928

Rodak, et ux., Appellants v. Oakmont Municipal Author., etc.

Petition for Allowance of Appeal Denied Nov. 30, 1981.

■■■■■■■■■■■■■■■■ Argued November 13, 1980. Edwin J. Martin, for appellant; David B. Fawcett, for appellee.

Before SPAETH, WICKERSHAM and LIPEZ, JJ.

Order affirmed.